IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO,
U.S. DISTRICT JUDGE**
Dated: 12/4 /2019

**ROBERTA LINDENBAUM**,

*Plaintiff*,

v.

**TOMORROW ENERGY CORP**, a Nevada corporation, and **JOHN DOE CORPORATION**,

*Defendants*.

Case No.: 1:19-cv-2680-CAB

**JUDGE CHRISTOPHER A. BOYKO**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Roberta Lindenbaum hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class

Respectfully submitted,

**ROBERTA LINDENBAUM**,

Dated: December 3, 2019

By: /s/Adam T. Savett
One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically on December 3, 2019, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system. A courtesy copy was also emailed to counsel for Tomorrow Energy Corp.
.

/s/ *Adam T. Savett*
Adam T. Savett
*Attorney for Plaintiff*